**No. D-2621. In the Matter of Discipline of Glenn E. Culpepper.**

565 U.S. 1107, 132 S. Ct. 1086, 181 L. Ed. 2d 805, 2012 U.S. LEXIS 550.

January 9, 2012. Glenn E. Culpepper, of Silver Spring, Maryland, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2622. In the Matter of Discipline of David S. Moynihan.**

565 U.S. 1107, 132 S. Ct. 1087, 181 L. Ed. 2d 805, 2012 U.S. LEXIS 503.

January 9, 2012. David S. Moynihan, of San Diego, California, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2623. In the Matter of Discipline of Michael Joseph Melton.**

565 U.S. 1107, 132 S. Ct. 1087, 181 L. Ed. 2d 805, 2012 U.S. LEXIS 540.

January 9, 2012. Michael Joseph Melton, of Rolling Hills, California, is suspended from the practice of law in this Court and a rule will issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. 11-678 (R46-006). Central States, Southeast and Southwest Areas Health and Welfare Fund, Petitioner v. Bio-Medical Application of Tennessee, Inc.**

565 U.S. 1152, 132 S. Ct. 1087, 181 L. Ed. 2d 805, 2012 U.S. LEXIS 580.

January 11, 2012. The petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 656 F.3d 277.

**No. 11-341 (R46-007). Qwest Services Corporation, et al., Petitioners v. Andrew Blood, et al.**

565 U.S. 1152, 132 S. Ct. 1087, 181 L. Ed. 2d 805, 2012 U.S. LEXIS 581.

January 12, 2012. The petition for writ of certiorari to the Supreme Court of Colorado in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 252 P.3d 1071.